Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff Bitcoin Manipulation Abatement LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Bitcoin Manipulation Abatement LLC,<br><br>Plaintiff,<br><br>v.<br><br>FTX Trading LTD, Alameda Research LLC, Alameda Research LTD (BVI), Samuel Bankman-Fried, Gary Wang, Andy Croghan, Constance Wang, Darren Wong and Caroline Ellison,<br><br>Defendants. | Case No. 4:19-cv-07245-KAW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 OF PLAINTIFF BITCOIN MANIPULATION ABATEMENT LLC** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CONSENSUS LAW
CRYPTOCURRENCY ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 1 -   BMA LLC v. FTX TRADING LTD ET AL.   CASE NO. 4:19-cv-07245-KAW

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  November 6, 2019                    Respectfully submitted,

                                                                          By: /s/ Pavel I. Pogodin
                                                                                  Pavel I. Pogodin

                                                                          CONSENSUS LAW
                                                                          Pavel I. Pogodin, Ph.D., Esq.
                                                                          5245 Av. Isla Verde
                                                                          Suite 302
                                                                          Carolina, PR 00979
                                                                          United States of America
                                                                          Telephone: (650) 469-3750
                                                                          Facsimile: (650) 472-8961
                                                                          Email: pp@consensuslaw.io
                                                                          Attorneys for Plaintiff
                                                                          Bitcoin Manipulation Abatement LLC

CONSENSUS LAW CRYPTOCURRENCY ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  - 2 -  BMA LLC V. FTX TRADING LTD ET AL.   CASE NO. 4:19-CV-07245-KAW