1  MICHAEL S. DICKE (CSB No. 158187)
   mdicke@fenwick.com
2  CATHERINE D. KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  CASEY T. O'NEILL (CSB No. 264406)
   coneill@fenwick.com
4  FIONA Y. TANG (CSB No. 298101)
   ftang@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     415.875.2300
7  Facsimile:     415.281.1350

8  Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG AND CAROLINE ELLISON, <br><br> Defendants. | Case No.: 4:19-cv-07245-HSG <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Dept:     Courtroom 2 – 4th Floor <br> Judge:    Haywood S. Gilliam, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Michael S. Dicke, Catherine D. Kevane, Casey T. O'Neill, and Fiona Tang submit this Notice of Appearance as counsel for defendant Alameda Research LLC.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Michael S. Dicke:  mdicke@fenwick.com and jtosches@fenwick.com

Catherine D. Kevane:  ckevane@fenwick.com

Casey T. O'Neill:  coneill@fenwick.com

Fiona Tang:  ftang@fenwick.com and lkelleybourne@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Dated:   November 18, 2019          FENWICK & WEST LLP

By: /s/ *Michael S. Dicke*
    Michael S. Dicke

    Attorneys for Defendants
    Alameda Research LLC