1    MICHAEL S. DICKE (CSB No. 158187)
     mdicke@fenwick.com
2    CATHERINE D. KEVANE (CSB No. 215501)
     ckevane@fenwick.com
3    CASEY T. O'NEILL (CSB No. 264406)
     coneill@fenwick.com
4    FIONA Y. TANG (CSB No. 298101)
     ftang@fenwick.com
5    FENWICK & WEST LLP
     555 California Street, 12th Floor
6    San Francisco, CA  94104
     Telephone:    415.875.2300
7    Facsimile:    415.281.1350

8    Attorneys for Defendant Alameda Research LLC

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

14   BITCOIN MANIPULATION ABATEMENT              Case No.: 4:19-cv-07245-HSG
     LLC,
15                                               **NOTICE OF APPEARANCE OF
                  Plaintiff,                     COUNSEL**
16
           v.                                    Dept:      Courtroom 2 – 4th Floor
17                                               Judge:     Haywood S. Gilliam, Jr.
     FTX TRADING LTD, ALAMEDA RESEARCH
18   LLC, ALAMEDA RESEARCH LTD (BVI),
     SAMUEL BANKMAN-FRIED, GARY WANG,
19   ANDY CROGHAN, CONSTANCE WANG,
     DARREN WONG AND CAROLINE ELLISON,
20
                  Defendants.
21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE OF COUNSEL                                  Case No.: 4:19-cv-07245-HSG

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE**

**CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Michael S. Dicke, Catherine D. Kevane, Casey T. O'Neill, and Fiona Tang submit this Notice of Appearance as counsel for defendant Alameda Research LLC.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Michael S. Dicke:  mdicke@fenwick.com and jtosches@fenwick.com

Catherine D. Kevane:  ckevane@fenwick.com

Casey T. O'Neill:  coneill@fenwick.com

Fiona Tang:  ftang@fenwick.com and lkelleybourne@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350


Dated:    November 18, 2019          FENWICK & WEST LLP


                                     By: /s/ *Michael S. Dicke*
                                         Michael S. Dicke

                                         Attorneys for Defendants
                                         Alameda Research LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE OF COUNSEL          1          Case No.: 4:19-cv-07245-HSG