| | |
|---|---|
| MICHAEL S. DICKE (CSB No. 158187)<br>mdicke@fenwick.com<br>CATHERINE KEVANE (CSB No. 215501)<br>ckevane@fenwick.com<br>CASEY T. O'NEILL (CSB No. 264406)<br>coneill@fenwick.com<br>FIONA Y. TANG (CSB No. 298101)<br>ftang@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone:   415.875.2300<br>Facsimile:   415.281.1350 | Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>CONSENSUS LAW<br>5245 Av. Isla Verde<br>Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: (650) 469-3750<br>Facsimile: (650) 472-8961<br>Email: pp@consensuslaw.io<br><br>Attorney for Plaintiff |

Attorneys Defendant for Alameda Research LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG AND CAROLINE ELLISON,<br><br>Defendants. | Case No.: 4:19-cv-07245-HSG<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAMEDA RESEARCH LLC TO RESPOND TO COMPLAINT**<br><br>Dept:         Courtroom 2 – 4th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr. |

The undersigned counsel for Plaintiff Bitcoin Manipulation Abatement LLC ("Plaintiff") and Defendant Alameda Research LLC ("Alameda") hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), as follows:

WHEREAS, on November 2, 2019, Plaintiff filed its complaint alleging thirteen causes of action against nine defendants, Dkt. No. 1;

WHEREAS, on November 4, 2019, Plaintiff filed its first amended complaint ("FAC"), Dkt. No. 3, and filed a corrected FAC on November 8, 2019, Dkt. No. 8;

WHEREAS, Alameda LLC was served with the FAC on November 8, 2019, Dkt. No. 16, making its responsive pleading due November 29 (the day after Thanksgiving);

WHEREAS, Alameda LLC is the only defendant served thus far, with the other eight defendants having not been served;

WHEREAS, Plaintiff and Alameda have met and conferred regarding a briefing schedule for Alameda's anticipated motion to dismiss and a consolidated briefing and case management schedule for all defendants, but to date have been unable to reach agreement;

WHEREAS, in order to provide the parties time to further meet and confer, Alameda has requested and Plaintiff has agreed to an extension of time for Alameda to move or respond to the FAC to December 13, 2019;

WHEREAS, extending Alameda's time to move or respond to the FAC to December 13, 2019, will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, Alameda and Plaintiff enter into this stipulation without prejudice to either party's ability to seek (or oppose) relief from the Court relating to a consolidated briefing schedule by which Alameda and the other named defendants in this case—Alameda Research LTD (BVI), FTX Trading LTD, Samuel Bankman-Fried, Gary Wang, Andy Croghan, Constance Wang, Darren Wong and Caroline Ellison—would file motions to dismiss the FAC at the same time and after all named defendants have been served, and without prejudice to either party's ability to seek (or oppose) a request for an order from this Court rescheduling the date for the February 4, 2020 case management conference and associated deadlines;

WHEREAS, by entering into this stipulation, the parties do not waive, and expressly

FENWICK & WEST LLP
ATTORNEYS AT LAW

reserve, all rights and defenses they may have in this action, including, without limitation, personal jurisdiction defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that the deadline for Alameda to move to dismiss the FAC shall be December 13, 2019.

**IT IS SO STIPULATED.**

Dated:   November 18, 2019     FENWICK & WEST LLP

By: /s/ *Michael S. Dicke*
Michael S. Dicke
mdicke@fenwick.com
Attorneys for Defendant
Alameda Research LLC

Dated:   November 18, 2019     CONSENSUS LAW

By: /s/ Pavel Pogodin
Pavel I. Pogodin, Ph.D
pp@concensuslaw.io
Attorneys for Plaintiff
Bitcoin Manipulation Abatement LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael S. Dicke, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAMEDA RESEARCH LLC TO RESPOND TO COMPLAINT**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  November 18, 2019     FENWICK & WEST LLP

By: /s/ *Michael S. Dicke*
Michael S. Dicke
mdicke@fenwick.com
Attorneys for Defendant
Alameda Research LLC