MICHAEL S. DICKE (CSB No. 158187)
mdicke@fenwick.com
CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
CASEY T. O'NEILL (CSB No. 264406)
coneill@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Bitcoin Manipulation Abatement LLC,<br><br>Plaintiff,<br><br>v.<br><br>FTX Trading LTD, Alameda Research LLC, Alameda Research LTD (BVI), Samuel Bankman-Fried, Gary Wang, Andy Croghan, Constance Wang, Darren Wong and Caroline Ellison,<br><br>Defendants. | Case No.: 4:19-cv-07245-HSG<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**(**Fed. R. Civ. P. 7.1 and Civil L.R. 3-15**)**<br><br>Dept:         Courtroom 2 – 4th Floor<br>Judge:       Hon. Haywood S. Gilliam, Jr. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Alameda Research LLC. ("Alameda") hereby states that, as of this date, it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Alameda that, as of this date, other than the named parties, there is no such interest to report.

Dated:   November 18, 2019           FENWICK & WEST LLP


By: /s/ *Michael S. Dicke*
          Michael S. Dicke

Attorneys for Alameda Research LLC