Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT:***
- Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.
- In fields 3-6, enter the information for the incorrect transaction (the one for which you are requesting a refund), not the correct transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* | Pavel I. Pogodin | 7. Your Phone Number: | 650-954-6857 |
| 2. Your Email Address: * | pp@consensuslaw.io | 8. Full Case Number (if applicable): | 4:19-cv-07245-HSG |
| 3. Receipt Number:* | 26L98BQC | 9. Fee Type:* | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | Nov 2, 2019 | | |
| 5. Transaction Time:* | 8:08:06 PM | | |
| 6. Transaction Amount (Amount to be refunded):* | $400.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the correct receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).

Computer software/network malfunction caused duplicate charge. The correct transaction receipt number is 26L98BSG.

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: *cand.uscourts.gov/ecf/payments*. For assistance, contact the ECF Help Desk at 1-866-638-7829 or *ecfhelpdesk@cand.uscourts.gov* Monday-Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: | ☒ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application (see reason for denial) |
| Approval/denial date: 11/22/19 | Request approved/denied by: *[signature]* |
| Pay.gov refund tracking ID refunded: 26LN7BIN | Agency refund tracking ID number: 0971- 13850503 |
| Date refund processed: 11/22/19 | Refund processed by: *[signature]* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |