MICHAEL S. DICKE (CSB No. 158187)
mdicke@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG AND CAROLINE ELLISON,<br><br>Defendants. | Case No.: 4:19-cv-07245-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Dept:      Courtroom 2 – 4th Floor<br>Judge:     Haywood S. Gilliam, Jr. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE**

**CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Casey O'Neill

submits this Notice of Appearance as additional counsel for defendant Alameda Research LLC.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information

for counsel is as follows:

Casey O'Neill:  coneill@fenwick.com and jtosches@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350


Dated:    December 12, 2019          FENWICK & WEST LLP


                                     By: /s/ Casey O'Neill
                                         Casey O'Neill

                                         Attorneys for Defendant
                                         Alameda Research LLC