MICHAEL S. DICKE (CSB NO. 158187)
mdicke@fenwick.com
CATHERINE D. KEVANE (CSB NO. 215501)
ckevane@fenwick.com
CASEY O'NEILL (CSB NO. 264406)
coneill@fenwick.com
FIONA TANG (CSB NO. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG, and CAROLINE ELLISON,<br><br>Defendants. | Case No.: 4:19-CV-07245-HSG<br><br>**[PROPOSED] ORDER GRANTING ALAMEDA RESEARCH LLC'S MOTION TO DISMISS BITCOIN MANIPULATION ABATEMENT LLC'S AMENDED COMPLAINT**<br><br>Date:     February 13, 2020<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2 – 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Defendant Alameda Research LLC's motion to dismiss Bitcoin Manipulation Abatement LLC's Amended Complaint (the "Amended Complaint") in the above-captioned action came on regularly for hearing before the Court on February 13, 2020. The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the argument of counsel, the Court finds that plaintiff has failed to comply with the requirements of Fed. R. Civ. P. 9(b) or 8(a)(2), and that dismissal is warranted under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Accordingly, Alameda Research LLC's motion to dismiss is GRANTED, and the Amended Complaint is dismissed in its entirety with PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge