MICHAEL S. DICKE (CSB NO. 158187)
mdicke@fenwick.com
CATHERINE D. KEVANE (CSB NO. 215501)
ckevane@fenwick.com
CASEY O'NEILL (CSB NO. 264406)
coneill@fenwick.com
FIONA TANG (CSB NO. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG, and CAROLINE ELLISON,<br><br>Defendants. | Case No.: 4:19-CV-07245-HSG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALAMEDA RESEARCH LLC'S NOTICE OF MOTION AND MOTION TO DISMISS BITCOIN MANIPULATION ABATEMENT LLC'S AMENDED COMPLAINT**<br><br>Date:   February 13, 2020<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2 – 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Defendant Alameda Research LLC ("Alameda"), by and through its attorneys, hereby requests that the Court take judicial notice of **Exhibits A-B**, attached to the accompanying Declaration of Fiona Y. Tang (the "Tang Declaration") and referenced in Alameda's Motion to Dismiss Bitcoin Manipulation Abatement LLC's Amended Complaint ("Motion"), filed concurrently herewith. Alameda submits that, pursuant to Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of the documents attached as **Exhibits A-B** to the Tang Declaration. Judicial notice of these documents is appropriate for the reasons set forth below. The documents to be considered are as follows:

1. The Certificate of Organization of Transpacific IP Group LLC and the Certificate of Formation of a Limited Liability Company (together, the "Certificates") which were filed with the Secretary of State of the Government of Puerto Rico on March 13, 2019. The Certificates are attached as **Exhibit A** to the Tang Declaration.

2. The Certificate of Amendment certifying a name change from Transpacific IP Group LLC to Bitcoin Manipulation Abatement LLC (the "Amendment") which was filed with the Secretary of State of the Government of Puerto Rico on November 2, 2019. The Amendment is attached as **Exhibit B** to the Tang Declaration.

A matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss for failure to state a claim. *See Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1016, n.9 (9th Cir. 2012). Courts routinely take judicial notice of public documents filed by corporations with a state or territory's Secretary of State. *See, e.g.*, *In re Yahoo! Inc. S'holder Deriv. Litig.*, 153 F. Supp. 3d 1107, 1117-18 (N.D. Cal. 2015) (proper to take judicial notice of SEC filings and certificate of incorporation); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008*)* (SEC filings subject to judicial notice) (citation omitted); *Shurkin v. Golden State Vintners, Inc.*, 2005 WL 1926620, at *6 (N.D. Cal. Aug. 10, 2005) ("[D]istrict courts routinely take judicial notice of public documents such as certificates of incorporation or organization filed with the secretary of state.") (citation omitted). The Certificates and the Amendment were filed by plaintiff Bitcoin Manipulation Abatement

FENWICK & WEST LLP
ATTORNEYS AT LAW

LLC ("BMA"), formerly known as Transpacific IP Group LLC, with the secretary of state of the government of Puerto Rico, and are properly subject to judicial notice. Accordingly, Alameda respectfully requests that the Court consider Exhibits A and B to the Tang Declaration in connection with Alameda's Motion.

Dated:   December 12, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: /s/   *Michael S. Dicke*
      Michael S. Dicke

Attorneys for Defendant Alameda Research, LLC