MICHAEL S. DICKE (CSB NO. 158187)
mdicke@fenwick.com
CATHERINE D. KEVANE (CSB NO. 215501)
ckevane@fenwick.com
CASEY O'NEILL (CSB NO. 264406)
coneill@fenwick.com
FIONA TANG (CSB NO. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendant Alameda Research LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BITCOIN MANIPULATION ABATEMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FTX TRADING LTD, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD (BVI), SAMUEL BANKMAN-FRIED, GARY WANG, ANDY CROGHAN, CONSTANCE WANG, DARREN WONG, and CAROLINE ELLISON,<br><br>Defendants. | Case No.: 4:19-CV-07245-HSG<br><br>**DECLARATION OF FIONA Y. TANG IN SUPPORT OF ALAMEDA RESEARCH LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      February 13, 2020<br>Time:      2:00 p.m.<br>Dept:      Courtroom 2 – 4th Floor<br>Judge:    Hon. Haywood S. Gilliam, Jr. |

TANG DECL. ISO ALAMEDA RESEARCH LLC'S RJN

CASE NO. 4:19-CV-07245-HSG

I, Fiona Y. Tang, declare as follows:

1. I am an attorney admitted to practice before this Court and am an associate with the law firm of Fenwick & West LLP, counsel for defendant Alameda Research LLC in this action. I have personal knowledge of the matters set forth herein and if called upon I could and would testify competently thereto.

2. Attached as **Exhibit A** are true and correct copies of the Certificate of Organization of Transpacific IP Group LLC and the Certificate of Formation of a Limited Liability Company, filed with the Secretary of State of the Government of Puerto Rico on March 13, 2019.

3. Attached as **Exhibit B** is a true and correct copy of the Certificate of Amendment certifying a name change from Transpacific IP Group LLC to Bitcoin Manipulation Abatement LLC, filed with the Secretary of State of the Government of Puerto Rico on November 2, 2019.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 12th day of December, 2019 at San Francisco, California.

                                              */s/ Fiona Y. Tang*
                                              Fiona Y. Tang