# EXHIBIT A



Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **TRANSPACIFIC IP GROUP LLC**, register number **424234**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **13th of March, 2019 at 10:01 AM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **March 13, 2019.**

**LUIS G. RIVERA MARÍN**
Secretary of State

1547603 - $250.00



Government of Puerto Rico
Department of State

Transaction Date: 13-Mar-2019
Register No: 424234
Order No: 1547603

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is: TRANSPACIFIC IP GROUP LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Phone | **(650) 469-3750** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Pogodin, Pavel** |
| Street Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Email | **pavel@transpacificlaw.com** |
| Phone | **(650) 469-3750** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**Provision of export services in one or more of the following areas:**
**• Research and development;**
**• Advertising and public relations;**
**• Economic, scientific, environmental, technological, managerial, marketing, human resources, engineering,**
information systems, auditing and consulting services;
**• Consulting services for any trade or business;**
**• Commercial art and graphic services;**
**• Production of engineering and architectural plans and designs, and related services;**
**• Professional services such as legal, tax and accounting services;**
**• Centralized managerial services, including, but not limited to, strategic direction, planning and budgeting,**
provided by regional headquarters or a headquarters company engaged in the business of providing such services;
**• Services performed by electronic data processing centers;**
**• Development of licensee computer software;**
**• Telecommunications voice and data between persons located outside of Puerto Rico;**
**• Call centers;**
**• Shared service centers;**
**• Medical, hospital and laboratories services;**
**• Investment banking and other financial services, including but not limited to asset**
management, management of investment alternatives, management of activities related to

TRANSPACIFIC IP GROUP LLC                                                                 Domestic Limited Liability Company

**private capital investment, management of coverage funds or high risk funds, management of pools of capital, trust management that serves to convert different groups of assets into securities, and escrow accounts management services; and**
**• Any other service designated by the Secretary of the Department of Economic Development and Commerce of Puerto Rico.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **Pogodin, Pavel Igor** |
| Street Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Unit 302, CAROLINA, PR, 00979** |
| Email | **pavel@transpacificlaw.com** |

### Article V - Administrators

Faculties will not end by presenting this Certificate.

### Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **13-Mar-2019**

### Supporting Documents

| Document | Date Issued |
|---|---|

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Pogodin, Pavel Igor, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 13th day of March, 2019.