# EXHIBIT B



Government of Puerto Rico

# CERTIFICATE OF AMENDMENT

I, **MARÍA A. MARCANO DE LEÓN, Under Secretary of State** of the Government of Puerto Rico,

**CERTIFY**: That on **November 02, 2019**, at **04:44 PM**, **"TRANSPACIFIC IP GROUP LLC"**, registry number **424234**, performed the following transaction:

## Name Change

| Previous | Actual |
|---|---|
| **TRANSPACIFIC IP GROUP LLC** | **BITCOIN MANIPULATION ABATEMENT LLC** |



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **November 2, 2019.**

**MARÍA A. MARCANO DE LEÓN**
Under Secretary of State