Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff Bitcoin Manipulation Abatement LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Bitcoin Manipulation Abatement LLC,<br><br>Plaintiff,<br><br>v.<br><br>FTX Trading LTD, Alameda Research LLC, Alameda Research LTD (BVI), Samuel Bankman-Fried, Gary Wang, Andy Croghan, Constance Wang, Darren Wong and Caroline Ellison,<br><br>Defendants. | Case No. 4:19-cv-07245-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Notice is hereby given pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Plaintiff Bitcoin Manipulation Abatement LLC ("Plaintiff") voluntarily dismisses the captioned action (the

"Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by any of the Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  December 16, 2019

Respectfully submitted,

By: */s/ Pavel I. Pogodin*
       Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiff
Bitcoin Manipulation Abatement LLC